# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.    20-25** |
| | * | |
| v. | | **SECTION:**      **"H"** |
| | * | |
| | * | |
| **MAN FAI HO** | * | |
| **VINH NGUYEN** | | |
| **DUY NGUYEN** | * | |
| **VIET NGUYEN** | | |
| **MICHAEL TRAN** | * | |
| **FRANCIO GONZALEZ** | | |
| **CHAUVAN NGUYEN** | * | |

\*   \*   \*

## SCHEDULING ORDER

In light of the trial date of December 4, 2023, the Court hereby sets the following guidelines and deadlines:[1]

## DISCOVERY

Informal letter discovery/reciprocal discovery will be conducted in accordance with Rule 16 of the Federal Rules of Criminal Procedure and Local Criminal Rule 12 and will be completed by the government by July 31, 2023, and by the defense by August 30, 2023. The government and the defendants recognize that the parties will continue to investigate this matter beyond the discovery deadlines, and all parties agree to turn over any additional discovery materials in a timely fashion. If either by stipulation of admissibility by both parties or upon a finding by this Court of good

---

[1] Should the trial date change, the dates and deadlines reflected in this order will automatically adjust to incorporate the change in trial date (*i.e.*, the number of days prior to trial for each deadline will remain the same).

cause as to why the materials were not disclosed by the above discovery deadline, these materials may be used at trial.

## BRADY MATERIAL

The government is aware of its continuing obligation to produce exculpatory and other impeachment material under *Brady v. Maryland* and its progeny and will discharge this obligation. The government will provide any materials that are discoverable under *Brady*, to the extent they exist, during the Rule 16 discovery phase of this proceeding set forth above. However, materials or information which might constitute evidence discoverable under *Brady* and producible under the Jencks Act and Federal Rule of Criminal Procedure 26.2, will be produced with the Jencks and *Giglio* materials on November 20, 2023.

## JENCKS ACT AND GIGLIO MATERIALS

Materials to which the defendant and the government are entitled under Federal Rule of Criminal Procedure 26.2, the Jencks Act (18 U.S.C. § 3500) and *United States v. Giglio* will be provided to the opposing party by November 20, 2023 at 5:00 p.m. The parties may agree to provide materials at an earlier date to facilitate the expeditious presentation of evidence.

## PRE-TRIAL MOTIONS

Any motions to dismiss must be filed by September 25, 2023. Any opposition must be filed by October 11, 2023. The Court will hear any such motions on October 18, 2023, at 9:30 a.m.

The government will file any 404(b) motions by October 6, 2023. Any opposition must be filed by November 3, 2023. The Court will hear any such motions on November 15, 2023, at 9:30 a.m.

Any motions to sever must be filed by September 25, 2023. Any opposition must be filed by October 11, 2023. The Court will hear any such motions on October 18, 2023, at 9:30 a.m.

To the extent that the defendants intend to pursue any affirmative defenses, including but not limited to those set forth in Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, the defendants must give notice on or before September 8, 2023. Any motions to exclude an affirmative defense shall be filed by September 29, 2023. Any opposition must be filed by October 13, 2023. The Court will hear any such motions on October 18, 2023 at 9:30 a.m.

## MOTIONS IN LIMINE

All motions in limine shall be filed no later than October 20, 2023, with all oppositions due by November 3, 2023. The Court will hear any such motions on November 15, 2023, at 9:30 a.m.

## EXPERT WITNESSES

In accordance with the provisions of Rule 16(a)(1)(G), the government shall designate the type of experts it intends to utilize at trial and satisfy the requirements of Rule 16(a)(1)(G) by October 2, 2023. In accordance with the provisions of Rule 16(b)(1)(C), the defendants shall designate the type of experts they intend to utilize at trial and satisfy the requirements of Rule 16(b)(1)(C) by October 16, 2023. Any motions to exclude such experts shall be filed by November 1, 2023. Responses shall be due November 8, 2023. The Court will hold any *Daubert* hearing or hearings on these motions on November 15, 2023, at 9:30 a.m.

## STIPULATIONS

To facilitate judicial economy, where authenticity and technical predicates are not at issue, the government will submit a proposed stipulation relating to the authenticity of its evidence no later than October 23, 2023. The stipulations will encompass the authenticity of recorded audio/video tapes and business/public records. The defendants will review the proposed stipulations and propose any changes on November 1, 2023, with agreement on the final

stipulations to be completed no later than November 8, 2023. The government will likewise act accordingly with any stipulations proposed by the defense.

## EXHIBITS

The government must produce all summary evidence under Rule 1006 and materials underlying those summaries by November 3, 2023. The defense must produce all summary evidence under Rule 1006 and materials underlying those summaries by November 17, 2023

The parties will submit proposed exhibit lists by November 24, 2023.[2]

New Orleans, Louisiana, this ___21st___ day of August 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

---

[2] The parties also desire to present trial exhibits without redaction. However, the parties understand and agree that no trial exhibit can be released to a non-party without satisfying the requirements of FED. R. CRIM. P. 49.1. Charts and summaries used to aid the jury will be disclosed by the parties at trial. Further amendments to the exhibit list will be disclosed immediately.